UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERARDO LANDAVERDE RODRIGUEZ,
    Plaintiff,

v.                                     CIVIL ACTION NO.
                                       17-10174-MBB

DON SHAPIRO PRODUCE COMPANY,
    Defendant.[1]

## FINAL JUDGMENT

### March 27, 2019

**BOWLER, U.S.M.J.**

    The issues having been duly heard and a decision rendered, it is **ORDERED** and **ADJUDGED** that plaintiff Gerardo Landaverde Rodriguez take nothing and that this action be **DISMISSED** on the merits.

                                       /s/ Marianne B. Bowler
                                       **MARIANNE B. BOWLER**
                                       United States Magistrate Judge

---

[1] Defendant is also known as Don Shapiro Incorporated.